## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUIS SAMUEL, | : | CIVIL ACTION NO. 1:26-CV-747 |
| | : | |
| Petitioner | : | (Judge Neary) |
| | : | |
| v. | : | |
| | : | |
| ANGELA HOOVER, *et al.*,[1] | : | |
| | : | |
| Respondents | : | |

### ORDER

Presently before the court is a petition (Doc. 1) for a writ of habeas corpus filed by Louis Samuel. Samuel is a Haitian national who entered the United States without inspection or parole. (Doc. 1 at ECF 1). In November 2025, U.S. Immigration and Customs Enforcement ("ICE") detained him while he was driving to work. (Id.). ICE is currently detaining Samuel pursuant to 8 U.S.C. § 1225(b)(2). (Doc. 9 at 15-16).

As explained in greater detail in this court's decision Chaudhari v. Rose, No. 3:26-CV-242, 2026 WL 540378, at *5-6 (M.D. Pa. Feb. 26, 2026), Section 1225(b)(2) is inapplicable to people like Samuel who were detained not at this country's border, but in the interior. Rather, if ICE wishes to detain Samuel, it must do so under 8 U.S.C. § 1226(a). Chaudhari, 2026 WL 540378, at *6. In order to be detained under

---

[1] Though the petition names several parties, the only true respondent should be the warden of the facility having custody over Samuel. Rumsfeld v. Padilla, 542 U.S. 426, 434-35 (2004).

that provision, Samuel must be provided an individualized bond hearing. Id. That has not happened and so Samuel's detention is currently unlawful.

Therefore, AND NOW, this 17th day of April, 2026, it is hereby ORDERED that:

1.  The petition for writ of habeas corpus (Doc. 1) is GRANTED.

2.  Respondent shall IMMEDIATELY RELEASE petitioner from custody on his own recognizance.

3.  Respondent shall certify compliance with this order by filing a declaration or affidavit pursuant to 28 U.S.C. § 1746 no later than **April 27th, 2026 at 5:00 p.m.** confirming that petitioner has been released from detention.

4.  The Clerk of Court is directed to enter judgment in favor of petitioner and close this case.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania

2