AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| Louis Samuel | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   1:26-CV-747 |
| Angela Hoover et al | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☑  other: Judgment is ENTERED in favor of Petitioner Louis Samuel and against Respondants.

.

❑  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❑  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   Keli M. Neary _____

Order filed April 17, 2026 (Doc 10)

.

Date:    April 17, 2026 _____

*CLERK OF COURT*

*/s/ M. Walker, Deputy Clerk* _____
*Signature of Clerk or Deputy Clerk*